IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROGELIO LOPEZ,

    Petitioner,

v.

GREGORY GRAMS, Warden
Columbia Correctional Institution

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-408-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent, denying the petition for a writ of habeas corpus.

_____
Peter Oppeneer, Clerk of Court

12/17/09
Date